```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  KYLE R. RATLIFF
    Special Assistant U.S. Attorney
 3  412 TW/JA
    1 South Rosamond Blvd.
 4  Edwards AFB, California 93524
    Phone: (661) 277-4316 / Fax: (661) 277-2887
 5
 6  Attorneys for Plaintiff

 7                  UNITED STATES DISTRICT COURT

 8                  EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,    )  Case No. 5:17-po-00150-JLT
                                 )
10            Plaintiff,         )  GOVERNMENT'S MOTION AND
                                 )  PROPOSED ORDER FOR DISMISSAL
11  v.                           )
                                 )
12  VICTOR V. BAGUNA,            )
                                 )
13            Defendant          )

14      The United States of America, by and through Phillip A. Talbert, United States Attorney,

15  and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation

16  Number 6553250 against VICTOR V. BAGUNA without prejudice in the interest of justice,

17  pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

18

19  Dated: December 7, 2017          Respectfully Submitted,
                                     Phillip A. Talbert
20                                   United States Attorney
21                          By:      /s/ Kyle R. Ratliff
22                                   Kyle R. Ratliff
23                                   Special Assistant United States Attorney
24
25
```

Page 1 of 2

U.S. v. VICTOR V. BAGUNA
Case No. 5:17-po-00150-JLT

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6553250 against VICTOR V. BAGUNA be dismissed without prejudice, in the interest of justice.

Dated:     Dec. 7, 2017

*/s/ Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge